**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6015**

GLENN LEE WILLIAMS,

     Petitioner – Appellant,

   v.

DARLENE DREW,

     Respondent – Appellee.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Terry L. Wooten, District Judge. (6:10-cv-02412-TLW)

Submitted:  February 28, 2011    Decided:  March 9, 2011

Before TRAXLER, Chief Judge, and KING and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Glenn Lee Williams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Glenn Lee Williams, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Williams v. Drew</u>, No. 6:10-cv-02412-TLW (D.S.C. Dec. 17, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>